**Pauline FARMER, surviving, divorced spouse of Ralph Farmer,
Petitioner,**

**v.**

**DIRECTOR, OFFICE OF WORKERS' COMPENSATION PROGRAMS; C & S COAL CORPORATION, Respondents.**

No. 06–1253.

United States Court of Appeals,
Fourth Circuit.

Submitted: June 15, 2006.

Decided: June 19, 2006.

Pauline Farmer, Petitioner Pro Se. Christian P. Barber, Barry H. Joyner, United States Department of Labor, Washington, D.C.; Mark Elliott Solomons, Laura Metcoff Klaus, Greenberg Traurig, LLP, Washington, D.C., for Respondents.

Before KING, SHEDD, and DUNCAN, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Pauline Farmer seeks review of the Benefits Review Board's decision and order affirming the administrative law judge's denial of black lung benefits pursuant to 30 U.S.C. §§ 901–945 (2000). Our review of the record discloses that the Board's decision is based upon substantial evidence and is without reversible error. Accordingly, we affirm for the reasons stated by the Board. *Farmer v. Dir. Office of Workers' Comp. Prog.*, No. 05–0760–BLA (BRB Jan. 24, 2006). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED*